20769—State of Ohio, ex rel. Johnson & Higgins Co. v. William C. Safford, Supt. Demurrer to petition. Sustained. Dock. 5 Abs. 669.

20770—State of Ohio, ex Marsh & McLennan Co., v. William C. Safford, Supt. Demurrer to petition. Sustained. Dock. 5 Abs. 669.

20784—Ernest Auskings v. State of Ohio, ex Edith Busenburg. Motion for Knox Appeals to certify. Overruled. Dock. 5 Abs. 701.

20800—Erie Railroad Co. v. John Argeris. Motion for Mahoning Appeals to certify. Overruled. Dock. 5 Abs. 749.

20803—Youngstown Suburban Ry. Co. v. Mabel Faulk. Motion for Mahoning Appeals to certify. Allowed. Dock. 5 Abs. 749.

20807—Joe Link v. State of Ohio. Motion for leave to file petition in error to Huron Appeals. Overruled. Dock. 5 Abs. 749.

20808—Philip Krakoff v. Samuel Krakoff. Motion for Franklin Appeals to certify. Overruled. Dock. 5 Abs. 749.

20810—C., C., C. & St. L. R. R. Co. v. Heywood J. Hosler. Motion for Lorain Appeals to certify. Overruled. Dock. 5 Abs. 781.

20813—National Fire Ins. Co. of Hartford, Conn., v. Gay Hudnut et al. Motion for Richland Appeals to certify. Overruled. Dock. 5 Abs. 675.

20815—Ben Rudner v. State of Ohio. Motion for leave to file petition in error to the Stark Appeals. Overruled. Dock. 5 Abs. 765.

20815—Ben Rudner v. State of Ohio. Motion to dismiss on ground no constitutional question involved. Sustained. Dock. 5 Abs. 765.

20816—Harry W. Brannan v. Ohio Poultry Producers Co-Op. Assn. Motion for Williams Appeals to certify. Overruled. Dock. 5 Abs. 757.

20817—Frank Maygar et al. v. Louis Splaver et al. Motion for Trumbull Appeals to certify. Overruled. Dock. 5 Abs. 765.

20820—B. R. Thomas v. Mrs. W. D. Black, Jr. Motion for Mahoning Appeals to certify. Allowed. Dock. 5 Abs. 781.

20823—Julia Lumas v. Mike George Lumas. Motion for Cuyahoga Appeals to certify its record. Overruled. Dock. 5 Abs. 781.

20824—Green Cab Co. v. William Barr. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 5 Abs. 781.

20825—George H. Olmsted & Co. v. Metropolitan Life Ins. Co. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 5 Abs. 781.

20826—Homer Rohlf v. Great American Mutual Indemnity Co. et al. Motion for Huron Appeals to certify. Overruled. Dock. 5 Abs. 781.

20827—State of Ohio v. Saranus A. Lengel. Motion for leave to file petition in error to the Stark Appeals. Overruled. Dock. 5 Abs. 781.

20836—Ada Telephone Exchange Co. v. Kenton Telephone Co. et al. Motion for Hardin Appeals to certify. Overruled. Dock. 5 Abs. 797.

20830—Stanley Adamkiewicz et al. v. John Olenich. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 5 Abs. 781.

20831—Central Alloy Steel Corp. v. R. H. Beaumont Co. Motion for Stark Appeals to certify. Overruled. Dock. 5 Abs. 781.

20833—Paul L. Feiss v. Marjorie Hensch. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 5 Abs. 792.

20834—Cleveland Railway Co. v. Hazel I. Sutherland. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 5 Abs. 781.

20837—Wade Mikesell v. State of Ohio. Motion for leave to file petition in error to the Wayne Appeals. Overruled. Dock. 5 Abs.

20838—Paul Kuhn v. Presley Campbell et al. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 5 Abs. 797.

20840—Rush E. Manley v. Emma G. Collins et al. Motion for Franklin Appeals to certify. Overruled. Dock. 5 Abs. 797.

20841—Lewis Fink v. J. N. Spetnagel et al. Motion for Franklin Appeals to certify. Overruled. Dock. 5 Abs. 797.

20843—International Union of Steam and Operating Engineers et al. v. John G. Owens. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 5 Abs. 797.

20844—Stephen Terihay v. Bloom, Rosenblum, Klein Co. Motion for Mahoning Appeals to certify. Overruled. Dock. 5 Abs. 797.

20846—Ben Nadel v. The State of Ohio. Motion for leave to file petition in error to the Cuyahoga Appeals. Overruled. Dock. 5 Abs. 797.

20856—Max Lifschitz et al. v. Max Weinberg et al. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 5 Abs. 815.

---

## Ohio Supreme Court

### SYLLABI

(Continued from Page 15)

**RICE & CO. v. PIKE.**
Ohio Supreme Court.
No. 20425. Decided Dec. 28, 1927.
Error to Summit Appeals.
Judgment affirmed.

1085. SERVICE OF SUMMONS—Written waiver of, in Common Pleas, does not constitute written waiver in Court of Appeals.

941. PRACTICE AND PROCEDURE—Changes in record may only be made upon order of court.

86. APPEARANCE—Acceptance in writing, of notice, that brief is filed or to be filed does not constitute entry of.

ALLEN, J.

1. Under Section 12260, General Code, a written waiver of service of summons in the Court of Common Pleas does not constitute a written waiver of service of summons in the Court of Appeals.

2. Changes in the record of a court may only be made upon order of the court.

3. Acceptance in writing of notice that a brief is filed or to be filed in a cause does not constitute an entry of appearance.

(Kinkade, Robinson and Matthias, JJ., concur.)

---

**LANDRUM v. MIDDAUGH.**
Ohio Supreme Court.
No. 20445. Decided Dec. 23, 1927.
Error to Perry Appeals.
Judgment reversed.
Common Pleas affirmed.

1283. WORKMEN'S COMPENSATION—Employe, who has accepted compensation for injury caused by negligent act of foreman, cannot thereafter maintain action against foreman.

ALLEN, J.

An employe who has applied for and accepted compensation for an injury received in the course of his employment through the negligent act of his foreman, performed in the regular course of such foreman's employment while both the employe and his foreman were working for an employer who had complied with the provisions of the Workmen's Compensation Act, cannot thereafter maintain an action against his foreman to recover damages for his injury.

(Marshall, CJ., Day, Robinson and Matthias, JJ., concur.)